DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CORINA CASTILLO MARQUEZ,**
Appellant,

v.

**FREDY LOPEZ,**
Appellee.

No. 4D17-2775

[November 8, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2010-DR-009839-XXXX-SB(FY).

Troy William Klein, West Palm Beach, for appellant.

Tyler W. Harding of Law Offices of Hoffman & Harding, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN, JJ., and KANNER, DANIEL J., Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***